# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA AKAMINE,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, et al.,<br><br>              Defendant. | Case No. 2:11-cv-00176-GMN-PAL<br><br>**ORDER** |

The court conducted a conference call on March 27, 2012, at 8:45 a.m., regarding the parties upcoming settlement conference. Cal Potter appeared telephonically on behalf of the Plaintiff, and Robert Freeman appeared telephonically on behalf of Defendants. The court discussed scheduling needs of the court with counsel and agreed that the settlement conference currently scheduled in this matter should be advanced. As such,

**IT IS ORDERED** that:

1. The Settlement Conference currently scheduled for April 25, 2012, at 1:30 p.m., before the undersigned, is **ADVANCED** to **April 23, 2012**, **at 1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due April 18, 2012, is **ADVANCED** to be received in chambers, Room 3071, not later than **4:00 p.m., April 16, 2012.**

Dated this 27th day of March, 2012.

_____
Peggy A. Leen
United States Magistrate Judge