1 Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
2 FREEMAN & ASSOCIATES
1060 Wigwam Parkway
3 Henderson, Nevada 89074
(702) 309-3333
4 Attorneys for Defendants
   City of North Las Vegas,
5  Officer Brian Wheeler and Officer Gilbert Chavez

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

* * * * *

| | |
|---|---|
| AMANDA AKAMINE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a political subdivision of the STATE OF NEVADA; GILBERT CHAVEZ OFFICER #1660; BRIAN WHEELER OFFICER #2144, individually and in their official capacity as police officers employed by the CITY OF NORTH LAS VEGAS; DOE OFFICERS I through X, inclusive and JOHN DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-0176-GMN-PAL<br><br>**DEFENDANT OFFICER GILBERT CHAVEZ' REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR APRIL 23, 2012** |

COME NOW, Defendant, Officer Gilbert Chavez, by and through his counsel of record, Robert W. Freeman, and hereby files this Request for Exception of Attendance Requirement at the Settlement Conference Scheduled for April 23, 2012.

The settlement conference in this case is set for April 23, 2012 at 1:30 p.m.

Defendant Officer Gilbert Chavez has a pre-planned family vacation scheduled from April 17, 2012 to April 25, 2012 and is unable to attend the April 23, 2012 settlement conference. The vacation has been planned for (3) months.

...

...

...

Defendant Officer Gilbert Chavez respectfully requests that his attendance requirement for the settlement conference be waived.

Dated this 12 day of April, 2012.

FREEMAN & ASSOCIATES

Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorney for Defendants

IT IS SO ORDERED this 20th day of April, 2012.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the ___ day of April, 2012, I served a true and correct copy of the foregoing **DEFENDANT OFFICER GILBERT CHAVEZ' REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR APRIL 23, 2012** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Cal J. Potter, III, Esq.
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

_____
Employee of FREEMAN & ASSOCIATES

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 309-3333

Page 3